No. 67178.—New York Merchandise Co., Inc. *v.* United States, protests 62/4406 and 62/4409 (Portland, Oreg.).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.